COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    West Loop Hospitality, LLC, and Jetall Companies, Inc. v. Houston Galleria Lodging Associates, LLC, Raymond Management Company, Inc., the Estate of C.J. Raymond, and Barry Perkel

Appellate case number:   01-19-00885-CV

Trial court case number:   2013-63613

Trial court:              55th District Court of Harris County

Lloyd Kelley has filed an unopposed motion for leave to withdraw as counsel for appellants/cross-appellees, West Loop Hospitality, LLC and Jetall Companies, Inc. However, the motion does not comply with Texas Rule of Appellate Procedure 6.5, which identifies certain information that any motion to withdraw "must contain," including the party's name and last known address and telephone number. *See* TEX. R. APP. P. 6.5(a)(2). The motion does not contain the appellants' last known telephone number. *See Id.* Accordingly, the motion is **denied** without prejudice to refiling same.

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: _____April 23, 2020_____